IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

    Plaintiff,

  vs.                                No. CIV S-06-0997 DFL GGH PS

HANK FISHER PROPERTIES, et al.,

    Defendant.              <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

        On August 11, 2006, plaintiff filed a request for extension of time in which to file an amended complaint. That request will be granted. Plaintiff also seeks further clarification of the August 8, 2006 order. He states, "[a]s a layperson, I can not ascertain what you expect me to do differently in the amended complaint...." Plaintiff is informed that this court can not give legal advice beyond what it set forth in the order because it can not act as an advocate for any party.

\\\\\

\\\\\

1

1  Good cause appearing, IT IS ORDERED that:

2  1. Plaintiff's August 11, 2006, request for extension of time is granted.

3  2. Plaintiff shall file an amended complaint within sixty (60) days of this order.

4  No further extensions will be permitted.

5  DATED: 8/30/06

/s/ Gregory G. Hollows

6

7  GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH:076
8  Storman0997.eot.wpd

2