IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

    Plaintiff,

 vs.                               No. CIV S-06-0997 DFL GGH PS

HANK FISHER PROPERTIES, et al.,

    Defendants.         ORDER

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

        On August 8, 2006 this court dismissed the complaint and directed plaintiff to file an amended complaint.  That amended complaint, filed September 12, 2006, is now before the court.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

        Good cause appearing, IT IS ORDERED that:

1

1. The Clerk of the Court is directed to issue summons forthwith pursuant to Fed. R. Civ. P. 4.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a copy of the complaint, a form for consent to a magistrate judge, and this court's status order.

3. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process. Plaintiff is advised that the court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons;

    b. One completed USM-285 form for each defendant;

    c. A copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

    d. A copy of this court's status order for each defendant.

4. The U.S. Marshal is directed to serve process and a copy of this court's status order, within ninety days of receipt of the required information from plaintiff, without prepayment of costs. In the event the U.S. Marshal is unable, for any reason whatsoever, timely to effectuate service on any defendant, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: 12/15/06

/s/ Gregory G. Hollows

GGH/076:Storman0997.srv.wpd

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE