IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

    Plaintiff,

vs.                      No. CIV S-06-0997 DFL GGH PS

HANK FISHER PROPERTIES, et al.,

    Defendant.           <u>AMENDED ORDER</u>

_____/

        On August 8, 2006, this court issued an order which in part denied plaintiff's request for appointment of counsel. On August 22, 2006, plaintiff filed a "motion to appeal to district court judge of Judge Gregory Hollows denial of plaintiff's motion to appoint counsel under the Bradshaw Act," which this court construes as a motion for reconsideration of that part of the August 8th order which denied appointment of counsel.

        Plaintiff's claims are brought under Title VIII of the Civil Rights Act of 1968 commonly known as the Fair Housing Act of 1968. 42 U.S.C. § 3601 et seq. This court previously stated that it was not aware of any provision under Title VIII which would permit appointment of counsel. It has come to this court's attention, however, that § 3613(b) provides for appointment of counsel under this act at the discretion of the court. The court has now considered plaintiff's request under this provision. Nevertheless, appointment of counsel is not warranted at the present time.

1

Accordingly, IT IS ORDERED that:

1. This court's order of August 8, 2006, is amended as outlined above.

2. Plaintiff's request for appointment of counsel is denied.

3. Plaintiff's motion for reconsideration, filed August 22, 2006, is denied as moot. Plaintiff may seek reconsideration of this amended order before the district judge.

DATED:  3/13/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Storman0997.aty.wpd